# AFFIDAVIT

I, William P. Akins, a Postal Inspector with the United States Postal Inspection

Service (USPIS), being duly sworn, depose and state:

**INTRODUCTION:**

1. I am a Postal Inspector with the United States Postal Inspection Service, in

   Tucson, AZ, and have been employed as such since February of 2019. Since

   February of 2019, I have been stationed at the Tucson, Arizona office of the

   Phoenix Division. I attended the fourteen-week training course at the United

   States Postal Inspection Service Academy in Potomac, Maryland. There I

   received training related to violations of federal law including assaults,

   robberies, and criminal investigations of narcotics trafficking via the United

   States Mail. Prior to becoming a Postal Inspector, I was employed as a United

   States Border Patrol Agent for approximately 13 years. Throughout my law

   enforcement career, I have had extensive training and experience investigating

   a variety of criminal violations including controlled substances. During my

   almost 16-year career as a Federal Law Enforcement Officer, I have been

   involved in numerous criminal investigations which have resulted in arrests,

   recovery of evidence and seizure of property. I have also written and

   executed numerous search warrants resulting in the seizure of thousands of

   dollars and controlled substances.

**DESCRIPTION OF SUBJECT PARCELS:**

2.   This affidavit is made in support of an Application and Affidavit for a Search
Warrant for six United States Postal Service (USPS) Priority Mail Express
(PME) parcels.  The first parcel has tracking number EJ 544 494 161 US, with
$26.35 in postage and postmarked from Nogales, AZ 85621 on January 6,
2022.  It bears a return address of "987 Via Independenica, Rio Rico AZ
85648" and is addressed to "Eftychlos Kordonouris, 808 Chestnut St,
Missouia MT 59801". The parcel consists of a white, USPS PME flat rate
envelope.  The parcel measures approximately 12" x 9" and weighs
approximately 3 ounces.   It is hereafter referred to as "SUBJECT PARCEL
1".

3.   The second parcel has tracking number EJ 544 494 144 US, with $26.35 in
postage and postmarked from Nogales, AZ 85621 on January 6, 2022.   It
bears a return address of "987 Via Independenica, Rio Rico AZ 85648" and is
addressed to "Brodie Rae, 885 Waller St, San Francisco CA 94117-3120".
The parcel consists of a white, USPS PME flat rate envelope.  The parcel
measures approximately 12" x 9" and weighs approximately 2.0 ounces.  It is
hereafter referred to as "SUBJECT PARCEL 2".

4.   The third parcel has tracking number EJ 544 494 175 US, with $26.35 in
postage and postmarked from Nogales, AZ 85621 on January 6, 2022.   It
bears a return address of "Jose Diaz, 987 Via Independenica, Rio Rico AZ
85648" and is addressed to "4570 Vermeso Drive, Las Cruces NM 88012".
The parcel consists of a white, USPS PME flat rate envelope.  The parcel

2

measures approximately 12" x 9" and weighs approximately 2.2 ounces. It is hereafter referred to as "SUBJECT PARCEL 3".

5.  The fourth parcel has tracking number EJ 544 494 189 US, with $26.35 in postage and postmarked from Nogales, AZ 85621 on January 6, 2022. It bears a return address of "Jose Diaz, 987 Via Independenica, Rio Rico AZ 85648" and is addressed to "Brad Holloway, 5263 State Highways, Duxico MO, 63960". The parcel consists of a white, USPS PME flat rate envelope. The parcel measures approximately 12" x 9" and weighs approximately 4.6 ounces. It is hereafter referred to as "SUBJECT PARCEL 4".

6.  The fifth parcel has tracking number EJ 544 494 158 US, with $26.35 in postage and postmarked from Nogales, AZ 85621 on January 6, 2022. It bears a return address of "Jose Diaz, 987 Via Independenica, Rio Rico AZ 85648" and is addressed to "Eds body & amp paint, 3318 Keswick rd, Baltimore Md 21211". The parcel consists of a white, USPS PME flat rate envelope. The parcel measures approximately 12" x 9" and weighs approximately 2 ounces. It is hereafter referred to as "SUBJECT PARCEL 5".

7.  The sixth parcel has tracking number EJ 544 494 201 US, with $26.35 in postage and postmarked from Nogales, AZ 85621 on January 6, 2022. It bears a return address of "Raul Ortega, terrozo #128, Nog Az" and is addressed to "V Orlowski, 22415 N 54th St, Phoenix AZ 85054". The parcel consists of a white, USPS PME flat rate envelope. The parcel measures

approximately 12" x 9" and weighs approximately 6.4 ounces.  It is hereafter referred to as "SUBJECT PARCEL 6"

8.   The above referenced parcels will be collectively referred to as "SUBJECT PARCELS".

## BACKGROUND ON USPS DRUG INTERDICTION NEAR THE SOUTHWEST BORDER AND THE USPS DRUG MAIL PROFILING PROGRAM:

9.   From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who also specialize in investigations relating to the mailing of controlled substances and the proceeds from the sale of controlled substances, I am aware that the southwestern international border is a leading area for the entry of controlled substances from Mexico into the U.S. Based on the large quantities of controlled substances entering southern Arizona, controlled substances are frequently transported from southern Arizona via the United States Mail to areas across the United States and Puerto Rico.   It is also common for the proceeds from the sale of the controlled substances to be sent to southern Arizona via the United States Mail.   By using the U.S. Mail to ship controlled substances, these drug traffickers put unknowing postal employees who handle and deliver those mailings at risk.

10.  Based on the frequent use of the United States Mail for the shipment of controlled substances from southern Arizona, Postal Inspectors in Tucson and other locations near the southwest border routinely observe inbound and outbound mail articles for suspicious characteristics common to mailings of

drugs and drug proceeds.  While there are many characteristics that experienced inspectors look for, the most common characteristics found are:

    a.  Suspected parcels are mailed to or from known drug destination areas, primarily the large metropolitan areas in United States and Puerto Rico.

    b.  The sender names and addresses on drug or drug proceeds parcels routinely contain misspellings, incomplete, inaccurate, unauthorized and/or fictitious information.

    c.  A tracking number is used to provide the trafficker the ability to track the parcel's progress to the point of delivery.

    d.  The postage was paid with means which leaves no trail identifying the mailer.

11. Parcels found to meet some or all of the suspicious characteristics described in subsections "a" through "d" of this paragraph are further investigated by Postal Inspectors.

**INVESTIGATIVE DETAILS:**

12. On January 4, 2022, I was notified by a USPS employee of PME parcels being mailed at the Nogales Arizona Post Office. I was informed the male subject who mailed those parcels paid for them in cash and stated there was jewelry located inside.  A USPS employee noticed the return address was possibly fictitious.  The return address used on those parcels is the same as on these SUBJECT PARCELS.

13. On January 5, 2022, I opened the above stated parcels with a Federal Search Warrant (22-08406MB). All of the parcels contained pharmaceuticals, which are illegal to mail.

14. On January 5, 2022, I was informed the same male subject returned to the Nogales Post Office and mailed more PME parcels. I asked for those parcels to be sent to me for further inspection.

15. On January 6, 2022, I opened the above stated parcels with a Federal Search Warrant (22-08410MB). All of the parcels contained pharmaceuticals, which are illegal to mail.

16. On January 6, 2022, I was informed the same male subject returned to the Nogales Post Office with a female companion. The mail subject mailed SUBJECT PARCELS 1-5 and the female companion mailed SUBJECT PARCEL 6 and another PME parcel. I asked for those parcels to be sent to me for further inspection.

17. On January 7, 2022 I received the SUBJECT PARCELS and the other PME parcel the female companion mailed. That parcel has tracking number EJ 544 494 192 US, with $26.35 in postage and postmarked from Nogales, AZ 85621 on January 6, 2022. It bears a return address of "Raul Ortega, terrozo #128, Nog Az" and is addressed to "Jessica Martinez, 3168 N Romero Rd Unit B16 tucson Az 85705". The parcel consists of a white, USPS PME flat rate envelope. The parcel measures approximately 12" x 9". It is hereafter referred to as "SUBJECT PARCEL 7".

6

18. On January 7, 2022, I was able to open SUBJECT PARCEL 7 with consent from the addressee. Inside SUBJECT PARCEL 7 was 20 grams of an unknown pharmaceutical drug.

19. After observing the SUBJECT PARCELS, I found they had the following characteristics common to the previous drug parcels, namely:

    a. They were mailed from Nogales, Arizona which is an area I know to be a source area for narcotics that are often shipped across the country.

    b. The parcels had a tracking number. From my experience, I know that nearly all drug parcels bear tracking numbers allowing the sender and receiver to track the progress of the shipment from origination to destination.

    c. There were no telephone numbers listed on the mailing label for either the sender or addressee. In my experience, legitimate mailers who use the USPS PME service regularly include telephone numbers in the spaces provided on the label because they paid a premium price for the service and want to be contacted to help facilitate a timely delivery should a problem arise. In my experience, PME parcels that I have seized drugs from bore either no telephone numbers or listed fictitious telephone numbers.

    d. The postage for the parcels were paid for in cash.

20. Canine Examination:

    a. A canine examination was not conducted on the SUBJECT PARCELS due to the fact not all the chemical components of pharmaceuticals are

derivatives of one of the canine's trained odors. Pharmaceutical drugs are not necessarily illegal, but they are illegal to mail. To date, I have seized 11 PME parcels with the same label profile as the SUBJECT PARCELS and all of them contained pharmaceutical drugs.

21. Based on the facts set forth in this affidavit, I still believe there is probable cause to show that the parcel contains controlled substances and/or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841 (a) (1), Possession with Intent to Distribute a Controlled Substance, and 843 (b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

22. This affidavit is submitted for the limited purpose of seeking authorization to search the SUBJECT PARCELS. Your Affiant has not set forth each and every fact known to him regarding the investigation.

*William P. Akins*

William P. Akins
United States Postal Inspector

Subscribed and sworn to me telephonically on
this 7th day of January, 2022

Thomas D. Ferraro
UNITED STATES MAGISTRATE JUDGE

8